RECEIVED
JUL 1 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CARDINAL SERVICES, INC. AS OWNERS OF L/B W. LOPEZ, OFFICIAL NO. 1060683 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CONSOLIDATED CASE CIVIL ACTION NO. 00-1909  JUDGE DOHERTY MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that claimants are awarded $8,928.75 in fees, which consists of attorneys' fees in the amount of $8,880.00 (48 hours at an hourly rate of $185.00) and paralegal fees in the amount of $48.75 (0.75 hours at an hourly rate of $65.00).

Lafayette, Louisiana this 18 day of July, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 7/18/07
BY: CW
TO: RFP
CG